**Francisco NOREIGA–QUIJANO, Plaintiff—Appellant,**

v.

**John E. POTTER, Postmaster General, United States Postal Service, Defendant—Appellee.**

**No. 09–1630.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2009.

Decided: July 27, 2009.

Francisco Noreiga–Quijano, Appellant Pro Se. Edward D. Gray, Lora M. Taylor–Tripp, Assistant United States Attorneys, Kelly Michele Perry, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francisco Noreiga–Quijano appeals the district court's order dismissing his complaint alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Noreiga–Quijano v. Potter*, No. 5:07–cv00204–FL (E.D.N.C. Mar. 31, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*